**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A., | § § § | CIVIL ACTION NO. 2:16-cv-00874-RWS |
| Plaintiffs, | § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| TREND MICRO INCORPORATED, | § § | |
| Defendant. | § § | |

**ORDER**

Pursuant to Fed. R. Civ. P. 41(a)(l)(A)(i), the Court hereby **DISMISSES** all claims in this action **WITHOUT PREJUDICE** with each party to bear its own costs, expenses and attorney's fees.

**SIGNED this 23rd day of September, 2016.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE